**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE# 4:23CR35-13 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| LEON BROWN | ) | |

**MOTION TO DISCLOSE GRAND JURY PROCEEDINGS AND
INFORMATION AND MEMORANDUM IN SUPPORT THEREOF**

Comes now Leon Brown, hereinafter referred to as "Defendant", by and through undersigned counsel, moves this Honorable Court for an Order allowing Defendant to inspect and copy the recorded testimony of the following individuals before the Grand Jury which returned the instant indictment and other information regarding the term of said Grand Jury, and further states:

1. Defendant requests the Grand Jury testimony of those persons:

    a. The government plans to call witnesses at the trial.

    b. Any other person who testified before the Grand Jury, whether or not the United States government intends to call them as witnesses.

2. Defendant also requests disclosure of the following information relative to the indicting Grand Jury in this cause:

    a. The date that the Grand Jury was impaneled;

    b. The length of the indicting Grand Jury's term;

    c. Whether the term of this Grand Jury had been extended beyond its original term, and, if so, the application and order of extension;

    d. Whether this Grand Jury considered the evidence presented to prior Grand Juries, and, if so, a copy of Rule 6(e) application and order.

    e. The date that the indictment was returned in this case, and

    f. The identifying number of this Grand Jury.

It is respectfully submitted that because of the complexity of the criminal charges and the length of time covered by the indictment, Defendant is entitled to this identifying data with regard to the return of the indictment. Based upon information and belief, Defendant believes that the Rules and statutory provisions regarding the composition and conduct of Grand Juries were not scrupulously followed in this case and the discovery information requested herein may lay the factual basis for a Motion to Dismiss the Indictment in this case.

## **ARGUMENT**

In support of this Motion, Defendant alleges:

The Grand Jury has ended its deliberation, all testimony desired has been recorded, and an indictment has been returned. The major reasons for secrecy are no longer relevant and there is no danger that undue influence will be applied to prospective Grand Jurors or witnesses appearing before the Jury; nor is there a danger of an escape by any person whose indictment might be contemplated.

The indictment and trial create a serious risk of wrongful attribution of guilt and therefore demands that every possible step be taken to lessen the role of inaccuracy or surprise.

Disclosure of the testimony at this time will avoid the confusion, interruption, and delay that will result if it must be requested piecemeal at the trial.

The testimony requested has been released and made available to the government for their use in the preparation for trial and it will not be inconvenient to make the testimony available to Defendant for the same use.

Due to the statutorily mandated secrecy of Grand Jury proceedings, Defendant does not have sufficient identifying discovery information to pursue the defects in the Grand Jury proceedings in this case. As a matter of due process, Defendant is entitled to the information requested herein since that information does not violate any Rule or statutory right of secrecy. In fact, to deny the requested information would be to deny the Defendants the fundamental right to challenge defects in the Indictment process in this cause.

Defendant relies upon the language and philosophy as expounded in Dennis v. United States, 384 U.S. 855 (1966); United States v. Sacony Vacuum Oil Company, 310 U.S. 234 (1939); United States v. Youngblood, 379 F. 2d 365 (2d Cir. 1967).

Respectfully submitted,

May 14, 2023

/S/Jack M. Downie Sr.
**JACK M. DOWNIE Sr.**
Georgia Bar # 813753
Post Office Box 926
Vidalia, Georgia 30475
(912) 537-9265
jack@downielaw.net

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

UNITED STATES OF AMERICA  ) CASE# 4:23CR35-13
             )
vs.           )
             )
             )
LEON BROWN       )

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Respectfully submitted,

May 14, 2023

/**S**/Jack M. Downie Sr.
**JACK M. DOWNIE Sr.**
Georgia Bar # 813753
Post Office Box 926
Vidalia, Georgia 30475
(912) 537-9265
jack@downielaw.net