IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | CRIMINAL CASE NO.: 4:23-CR-035-10 |
| | ] | |
| ARMOND SMITH | ] | |

SENTENCING MEMORANDUM

COMES NOW, ARMOND SMITH, defendant in the above-captioned criminal action, and files this, his Sentencing Memorandum and shows as follows:

Armond Smith was arrested for these charges in July 2023 – a time in his life when he was actively addicted to the use of cocaine. His addiction had lead him to sell cocaine to pay for his own use of the drug. He would purchase an amount of cocaine and use some and then sell some himself. The money he received for selling a portion of the cocaine would be used to pay for his next purchase. The cycle of his addiction could then continue.

Mr. Smith wasn't getting rich from his drug sales and he wasn't living the high life. He was just barely hanging on in his life as a drug addict. He was going nowhere. However, in July 2023, Mr. Smith was arrested on this indictment. Being incarcerated while awaiting trial finally let him fall off the addiction treadmill. Since the date he was arrested he has been forced to be clean. His mental and physical health have improved. He can finally now see the insanity of the addiction in which he had trapped himself.

After months off the street, he now wishes to stay clean for the rest of his life. Therefore, while in the jail he has planned a life for himself for when he is eventually released. Armond

Smith understands that he will be going to Federal prison for a time.  He regrets what he has done, but he also understands that his acts in selling cocaine to others lead them to be trapped in an addiction cycle similar to his own.  Now clean, he feels regret for what he has done to others – and that includes regret not only for its effect upon his family and his children, but also regret for what his actions did to the families of those he sold cocaine to.

Armond Smith has gone over the Presentence Report with his attorney and seen the recommended sentencing range calculated by the US Probation Department.  He does not challenge the calculation of 15 to 21 months to be served in prison.  He believes it is equitable.

Mr. Smith has requested that it be pointed out to the Court, that after considering all the factors and life history listed in the Presentence Report, the US Probation Office has recommended that he be sentenced to 15 months, which is at the lowest end of the guidelines range for him.  Mr. Smith asks the Court to follow that recommendation.  Mr. Smith also requests that he receive time served back to the date of his July 2023 arrest.

In support of his request that he be sentenced at the lowest end of the recommended guidelines range, Mr. Smith asks the Court to consider that he has been incarcerated in pre-trial detention since last July - approximately eight months.  This has provided him ample time to clear his mind of its drug-induced fog and to reflect upon his past behavior.  His incarceration has also given him time to consider what efforts he can make to stay clean once he is eventually released from prison.

To cite 18 U.S.C. 3553, the recommended 15 month sentence for Mr. Smith does adequately reflect the seriousness of his offense since it would still be sending him to prison even with "time served" applied, promotes a respect for the law by both him and others, and provides

just punishment for what he has done.  It is also roughly consistent with the lengths of sentences already imposed on those of his co-defendants who were similarly situated to himself in this case.

As mentioned above, Armond Smith never got rich from selling drugs.  Involvement with cocaine has only dragged him down and cost him his freedom, his children and his family.  He asks the Court to recommend to the Bureau of Prisons that they place him in a residential drug abuse treatment program such as RDAP.  He further requests that the Court recommend to the Bureau of Prisons that he be placed in a facility in either South Carolina or Georgia so as to be close to his children and family.

Respectfully submitted this 2nd day of February, 2024.

/s/Arvo Henifin
State Bar Number: 346780
Attorney for Armond Smith

The Henifin Law Firm
P.O. Box 61302
Savannah, Georgia 31420
Telephone: (912) 358-8064
Email: arvo.henifin@henifinlaw.com

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this date served all interested parties in this matter with a Notice of Electronic Filing through filing the forgoing document with the Clerk of Court using the CM/ECF system.

Respectfully submitted this 2nd day of February, 2024.

/s/Arvo Henifin
State Bar Number: 346780
Attorney for Armond Smith

The Henifin Law Firm
P.O. Box 61302
Savannah, Georgia 31420
Telephone: (912) 358-8064
Email: arvo.henifin@henifinlaw.com