**SENTENCING MINUTES**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

**JUDGE:** R. STAN BAKER
**DATE:**  02-29-2024

**CRIMINAL CASE NO.  CR  4:23-cr-35-3**
**UNITED STATES OF AMERICA VS.  James Burton**

COURTROOM DEPUTY  Pam Hammock

COURT REPORTER   Kelly McKee

**ATTORNEY(S) FOR THE GOVERNMENT:**

 Frank Pennington for Marcela Mateo, AUSA

**ATTORNEY(S) FOR THE DEFENDANT:**

 Martin Hilliard, retained

U.S. PROBATION OFFICER:

Elizabeth Hilton

DEFENDANT SENTENCED ON COUNT(S)

 One (1), lesser included  offense, of the Indictment

| | |
|---|---|
| X Presentence Report Reviewed In Full | Custody ___60___ Months B.O.P. |
| ___ Objections to Factual Basis | Probation _____ |
| X Objections To Guidelines Calculations | Supervised Release ___3___ Years |
| ___ Probation Officer Testifies | Special Conditions _as Ordered by the Court_ |
| ___ Changes Ordered in Factual Basis/Calculations | Fine $ _____ |
| X No Changes Ordered | Restitution $ _____ |
| X Findings Of The Court | Special Assessment $ 100 |
| ___ Factual Witnesses Testify | To Be Paid _immediately_ |
| X Statements Of Counsel | Community Service _____ |
| ___ Statements By Defendant | Facility Recommended - RDAP, FCI Jesup or Estill |
| X Sentence Pronounced | Defendant Remanded To The USM - Y |

OTHER DIRECTIVES OF THE COURT

| | |
|---|---|
| X Attach Statement of Reasons to the Judgment | Voluntary Surrender _____ |
| ___ Transcribe Statement of Reasons | To USM ☐  To Facility ☐ |
| X Appeal Rights of Defendant Explained | Nolle Prosse Count(s) 2-8, 16-17 |
| ___ Appellate Disclosure Forms Provided | Plea Agreement Accepted and Ratified - Y |
| X Notice of Counsel's Post-Conviction Obligations Provided | Departure From Guidelines - Y |
| | Upward _____  Downward _____ |

U.S. Deputy Marshal _Cabrera_

Court Security Officer _Michael_

Time 10:05 to 10:25 Total 00:20