**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case No. 4:23-cr-035-08** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **EBONY COLEMAN** | ) | |

**GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**

The Government requests the following questions be asked of prospective members of the jury, in addition to those questions that are included on the standard jury questionnaire:

1a.     Does any juror know the Defendant, Ebony Coleman, or any relative of the Defendant?

1b.     If so, how do you know that person?  For how long have you known him or her?

2.     Does any juror know the Defendant's attorney, Toly Siamos?

3a.     Have you, or any of your close friends or relatives, had any personal dealings with: the United States Attorney's Office; Drug Enforcement Administration, or Chatham-Savannah Counter Narcotics Team?

3b.     If yes, what kind of contact?  Have those dealings affected your ability to be fair and open-minded today?

4a.     Have you, your spouse, any close relative, or close personal friend, ever been accused of a crime?

4b.     If yes, please identity the person, when this occurred, what the charges were, and whether you believe the accused person was treated was fairly. If not, what do you believe was unfair about the process?

5a.     Have you, a family member, or close friend ever been treated for drug/alcohol/substance abuse?

5b.     If yes, what type of substance was involved?

5c.     If yes, would that experience tend to influence you one way or another in your consideration of this case?

6a.     Does any member of the jury panel feel that the possession or distribution of controlled substances should be legal on a federal level?

6b.     If yes, would you have any difficulty following the Judge's instruction regarding the illegal possession and distribution of Methamphetamine, Cocaine, Cocaine Base, Fentanyl or Marijuana?

7.      Does any member of the jury panel feel there should be no laws against using drugs, such as Methamphetamine, Cocaine, Cocaine Base, Fentanyl or Marijuana?

8a.     Do you work in any drug treatment center or programs?

8b.     If so, what program(s) and for what type of drug abuse? Would that work tend to influence you one way or another in your consideration of this case?

9a.     Have you, or any family members or close friends, ever worked in or had any training in law enforcement?

2

9b.     If so, with what organization?  In what capacity?  For how long?

10a.    Have you, or a family member, had any legal training?

10b.    If yes, please describe that training and identify who received it.

11.     Has any member of the jury panel formed opinions about federal, state or local law enforcement agents that would affect his or her ability to be fair and impartial during the trial of this case?

12.     Do you believe that you will judge the case without being influenced by sympathy for any of the parties?

13.     Has any juror, or any of your close friends or relatives, ever had a bad experience with our criminal justice system?  That is to say, do you feel you were treated unfairly, or that your relative or friend was treated unfairly, by a police officer, by a prosecutor, or by a judge?

14.     Has anyone ever served on a grand jury or trial jury?  If a trial jury, was it a criminal case or a civil case?  Were you a foreperson on the jury?  Did the jury reach a verdict?

15.     Does any member of the jury panel believe the Federal Government spends too much time or money investigating and prosecuting drug-related crimes?

16.     Does any juror believe the Government should be required to call a certain number of witnesses to prove a criminal case?

17.     You will hear the testimony of a co-defendant, cooperating with the Government pursuant to a plea agreement, introduced as evidence by the

Government. Do you have any strong feelings, one way or the other, in connection with the use of witnesses who are cooperating in exchange for a possible reduction of their sentence, which may prevent you from rendering a fair and impartial verdict in this case?

18.     You will hear testimony from witnesses who have been convicted of crimes.  You will be instructed to examine their testimony with greater caution. Would you have any difficulty accepting the testimony by these individuals under any circumstances?

19.     Does any member of the jury panel hold personal beliefs or religious beliefs which would make it difficult or impossible for him or her to sit in judgment of someone charged with a crime?

20.     Does any juror believe that there are social or political factors that would justify finding a Defendant not guilty even if you believed the evidence proved the Defendant's guilt beyond a reasonable doubt?

21.     If you are selected as a juror, and after hearing the evidence in this case you are convinced that the Defendant is guilty beyond a reasonable doubt, are you willing to find the Defendant guilty?

This 13th day of June 2025.

Respectfully submitted,

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

22 Barnard Street, Suite 300          ***s/ Marcela C. Mateo***
Savannah, Georgia 31401              Marcela C. Mateo
Telephone: (912) 652-4422            Assistant United States Attorney
Facsimile: (912) 652-4991            Georgia Bar No. 397722
E-mail: Marcela.Mateo@usdoj.gov